FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 6 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KIM CARTER MARTINEZ, on behalf of herself and all others similarly situated,

Plaintiff-Appellee,

v.

ZOOMINFO TECHNOLOGIES, INC., a Delaware corporation,

Defendant-Appellant.

No.    22-35305

D.C. No. 3:21-cv-05725-MJP
Western District of Washington, Tacoma

**ORDER**

**MURGUIA**, Chief Judge

Pursuant to the stipulated agreement, IT IS ORDERED this appeal is dismissed.  Each side shall bear its own costs.  A copy of this order shall serve as the mandate of this court.